UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEWABLE FUELS ASSOCIATION and GROWTH ENERGY<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES DEPARTMENT OF ENERGY,<br><br>*Defendants.* | Civil Action No. 18-2031 (JEB) |

**CONSENT MOTION FOR A STAY AND EXTENSION OF TIME
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6 and by and through its undersigned counsel, Defendants respectfully move to stay this action, and to extend Defendants' deadlines in it, due to the ongoing lapse in appropriations. Plaintiffs, through counsel, have consented to the relief sought by this Motion. The grounds for this Motion are as follows.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("DOJ") expired and appropriations to DOJ lapsed. DOJ does not know when funding will be restored by Congress.

Absent appropriated funds, DOJ attorneys, including the Assistant United States Attorney assigned to this matter, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, Defendants, through undersigned counsel, respectfully request that this action be stayed during the lapse in appropriations and that the Court extend all pending deadlines

in this action commensurate with the calendar day duration of the lapse in appropriations. Defendants further proposes to file a status report within seven (7) calendar days after Congress has appropriated funds for DOJ notifying the parties and the Court that the lapse has ceased and what it understands to be the new deadlines for pending matters consistent with the above noted extension request.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this action be stayed and that all pending deadlines be extended as set forth above. A proposed order is enclosed herewith.

Dated: January 2, 2019

                                          Respectfully submitted,

                                          JESSIE K. LIU, D.C. Bar #472845
                                          United States Attorney

                                          DANIEL F. VAN HORN, D.C. Bar #924092
                                          Chief, Civil Division

By:       /s/                            
     MATTHEW KAHN
     Assistant United States Attorney
     555 Fourth Street, NW – Civil Division
     Washington, DC 20530
     (202) 252-6718
     Matthew.Kahn@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEWABLE FUELS ASSOCIATION and GROWTH ENERGY<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES DEPARTMENT OF ENERGY,<br><br>*Defendants.* | Civil Action No. 18-2031 (JEB) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the consent motion of Defendants for a stay and extension of time in light of a lapse of appropriations, and for good cause shown and the record herein, it is

ORDERED that Defendants' motion is GRANTED;

ORDERED that this action is stayed until appropriations are restored;

ORDERED that all pending deadlines in this action are hereby extended for a period of time equal to the calendar day duration of the lapse in appropriations; and it is further

ORDERED that Defendants shall file a status report within seven (7) calendar days after Congress has appropriated funds for the Department of Justice and Defendants notifying the parties and the Court that the lapse has ceased and what it understands to be the new deadlines for pending matters consistent with the extension granted above.

SO ORDERED:

_____                    _____
Date                                                               James E. Boasberg
                                                                         United States District Judge