# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEWABLE FUELS ASSOCIATION and GROWTH ENERGY<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES DEPARTMENT OF ENERGY,<br><br>*Defendants.* | Civil Action No. 18-2031 (JEB) |

## NOTICE

On September 3, 2019, the Court issued a Minute Order in which it denied a Motion For Protective Order filed by Defendant Environmental Protection Agency ("EPA"). The Court also ordered that the EPA must respond to Plaintiffs' arguments in opposition to the EPA's motion. *See* ECF No. 24. The EPA respectfully declines to litigate the issue any further.

Date:  September 24, 2019          Respectfully submitted,

                                   JESSIE K. LIU, D.C. Bar. No. #472845
                                   United States Attorney

                                   DANIEL F. VAN HORN, D.C. Bar #924092
                                   Chief, Civil Division

                                   By: __/s/_____
                                   MATTHEW KAHN
                                   Assistant United States Attorney
                                   555 Fourth St., N.W.
                                   Washington, D.C. 20530
                                   Phone: (202) 252-6718
                                   Email: Matthew.Kahn@usdoj.gov