UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEWABLE FUELS ASSOCIATION AND GROWTH ENERGY,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, AND UNITED STATES DEPARTMENT OF ENERGY,<br><br>*Defendants.* | Civil Action No. 18-2031 |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

In this case arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Plaintiffs Renewable Fuels Association ("RFA") and Growth Energy move for summary judgment on the grounds that there are no material facts in genuine dispute and that, as a matter of law, Defendant United States Environmental Protection Agency ("EPA") has failed to carry its burden of proving that certain information it redacted from records produced in response to Plaintiffs' FOIA requests is exempt from mandatory disclosure under FOIA.

Plaintiffs are filing an accompanying Memorandum in support of this Motion, a Statement of Undisputed Material Facts, and a Proposed Order.

Respectfully submitted this 27th day of October, 2020.

/s/ Matthew W. Morrison
Matthew W. Morrison (D.C. Bar No. 436125)
Shelby L. Dyl (D.C. Bar No. 1644996)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
(202) 663-8036
matthew.morrison@pillsburylaw.com
shelby.dyl@pillsburylaw.com

*Counsel for Plaintiffs*

Seth P. Waxman (D.C. Bar No. 257337)
David M. Lehn (D.C. Bar No. 496847)
Claire H. Chung (D.C. Bar No. 1048003)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
seth.waxman@wilmerhale.com
david.lehn@wilmerhale.com
claire.chung@wilmerhale.com

*Counsel for Plaintiff Growth Energy*