# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEWABLE FUELS ASSOCIATION AND GROWTH ENERGY, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, AND UNITED STATES DEPARTMENT OF ENERGY, <br><br> *Defendants.* | Civil Action No. 18-2031 |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Motion for Partial Summary Judgment, it is hereby ORDERED that Plaintiffs' Motion for Partial Summary Judgment is GRANTED.

It is FURTHER ORDERED that:

1. EPA shall not withhold under FOIA Exemption 4, 5 U.S.C. § 552(b)(4): (a) the name of the company submitting an application for an extension of a small refinery exemption under the Renewable Fuel Standard program, and (b) the name and location of the refinery for which such relief is requested;

2. EPA shall immediately produce the information to Plaintiffs that was unlawfully withheld for Renewable Fuel Standard compliance years 2015, 2016, and 2017; and

3. EPA shall not withhold any of the five data elements identified in the proposed Renewables Enhancement and Growth Support ("REGS") rule, 81 Fed. Reg. 80,828 (Nov. 16, 2016), in making future responses to Plaintiffs' FOIA requests.

Date: _____   SIGNED: _____
                                James E. Boasberg
                                United States District Judge

2